BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00127 AWI-DLB |
| Plaintiff, | |
| v. | STIPULATION FOR BRIEFING SCHEDULE ON MOTION FOR DISCOVERY; ORDER THEREON |
| CATARINO GERARDO SALDANA MOLINA,[1] | Date: August 27, 2012 |
| Defendant. | Time: 1:00 p.m. Dept: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the opposition and reply briefing schedule for the defendant's Motion for Discovery (Dkt. No. 12), filed on June 25, 2012 and noticed for hearing on August 27, 2012 in the above-referenced action is set as follows:

Opposition to the Motion for Discovery, if any, shall be filed and served **on or before July 23, 2012**;

A Reply to the Opposition to the Motion for Discovery, if any, shall be filed **on or before August 6, 2012**;

---

[1] The defendant was indicted under the name Antonio Rodriguez Guido and the government objects to any finding or reference to the defendant's true name as Catarino Gerardo Saldana Molina.

1  A hearing on the Motion for Discovery shall be held on **August
2 27, 2012, at 1:00 p.m.**
3  The parties agree that a four-week response time period, and a
4 two-week reply time period, are needed to address the detailed
5 requests for additional discovery made in the defendant's Motion for
6 Discovery.
7  The parties agree that the time between June 25, 2012, when the
8 Motion for Discovery was filed, and the motion hearing date of August
9 27, 2012 is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D).
10
11 Dated: June 28, 2012             /s/Peggy Sasso
                                    PEGGY SASSO
12                                  Attorney for Defendant
13
   Dated: June 28, 2012             BENJAMIN B. WAGNER
14                                  United States Attorney
15
                              By: /s/Henry Z. Carbajal III
16                                  HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney
17
18
19  IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §§
20 3161(h)(1)(D).
21
22      IT IS SO ORDERED.
23      **Dated:   June 28, 2012**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2