# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F-12-00127 LJO |
| Plaintiff, | CLARIFICATION ORDER ON PRETRIAL MOTIONS/HEARINGS |
| vs. | |
| CATARINO GERARDO SALDANA MOLINA, | |
| Defendant.                                            / | |

Pursuant to the **Order Reassigning This Action**, this Court has now read all filings as well as the transcript consisting of 52 pages of the hearing that took place on Ocotber 15, 2012 on the Motions in Limine. As a result, this Court issues this **Order of Clarification** on a number of issues and items that were discussed.

1. The jury trial is confirmed and will commence on Tuesday, October 23, 2012 at 8:30 a.m..

2. No further hearings between now and then are required (by law, by fact or by this Court), and thus none will be conducted.

3. On how the Defendant (name issue) will be referred to during the trial, the Court will give the following instruction at the beginning of the proceedings, and the Court does not plan on bringing it up again. The Court will not dictate to either side of this case, nor to any witness, how to testify on the name issue. INTENDED INSTRUCTION: The Government has brought charges through the Grand Jury against the defendant under the name "Antonio Rodriguez Guido." The Defendant maintains that his name is "Catarino Gerardo Saldana Molina." This Court refers to the case as "The United States vs Antonio Guido" not as an indication of any belief that the Court has as to the true name of the defendant, but rather only because this is the

name of the case as brought by the Government in the accusatory pleading. Ultimately, it will be up to you, the jury, to determine the defendant's true name.

4. There will be no mention of penalty or punishment.

5. There will be no opinions voiced by any witness on the issue of guilt/innocense.

6. The Indictment will not be sent into the jury room, since it is not evidence. The charges will be clear, both in the jury instructions and in the verdict form.

7. There will be no argument made on the issue of jury nullification.

8. Each side will have no more than 15 minutes for counsel voir dire, and that will follow the Court's questioning.

9. There is no need in this case for a Rule 104 hearing. The arguments concerning DNA and Fingerprint experts are not new, have been made many times in many prior cases, and the issue is always distilled to its being a question of fact. This is not an issue of preclusion, but rather an issue of the weight of the evidence for the trier of fact to decide. The Court will require, as it does in all cases, that before an expert opinion is given, the proper foundation be made for such an opinion. If there is a timely objection made on the grounds of competence or foundation, the Court will rule---BEFORE any opinion is given.

IT IS SO ORDERED.

**Dated:**   October 18, 2012           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE