IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTONIO RODRIGUEZ GUIDO,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CR F 12-0127 LJO<br><br>**ORDER ON GOVERNMENT'S MOTION TO AMEND CAPTION**<br>(Doc. 63.) |

This Court has reviewed the Government's motion, Defendant's opposition, and the Government's reply. The issue is clear and fully brief. This Court needs no further argument, deems the matter submitted, and rules.

The Government's position is that the Court's caption for this action should be amended to read "United States of America v. Antonio Rodriguez Guido" instead of allowing the defendant to use the name of "Catarino Gerardo Saldana." The Government's position is that Defendant stole the latter name, has been using it for decades, and ultimately used it to defraud the Social Security Administration (for which the defendant was found guilty by a jury recently).

Defendant's position is that the request is untimely, illegal, without factual support, and that this Court lacks jurisdiction.

On October 25, 2012, a jury found Defendant guilty in one count of theft of public money from the Social Security Administration, and in count two of aggravated identity theft in connection with the

stolen benefits. The specific allegations for which Defendant was convicted in count two are found on page five 5 of the Superceding Indictment as follows:

> On or about April 2010, in the State and Eastern District of California, the defendant, Antonio Rodriguez Guido, did knowingly use, without lawful authority, a means of identification of another person, to wit, the name of Catarino Gerardo Saldana Molina, during and in relation to a federal felony enumerated in 18 U.S.C. section 641, all in violation of Title 18, United States Code, Section 1028A(a)(1).

The request to amend the caption is timely. It is brought following a jury verdict and before the sentencing, and is based on the evidence at trial and the verdict itself.

There is nothing illegal about the motion. It asks this Court to erase uncertainty, and thereby avoid future confusion within the criminal justice system and in this action about Defendant's identity located on the caption of the case.

Defense counsel need look at the facts in the form of evidence elicited at the trial, and necessarilly found to be true by the jury (and thus the verdict) to find the basis of both the motion and this ruling.

The assertion by defense counsel that this Court does not have jurisdiction to make a finding about what the caption on this ongoing case should read is without a scintilla of merit.

In finding Defendant guilty of the illegal use of another's name for purposes of defrauding an agency of the Federal Government, the jury necesserilly found that Defendant is not Catarino Gerardo Saldana Molina. Had the jury not made that necessary finding, it would have been impossible to convict him of count two.

The defense argument that the jury could have found that all Defendant did was to use someone else's birthdate illegally instead of another person's name and birthdate defies reality, ignores the trial evidence, strains the logic of the jury's verdict, and asks this Court to walk a fictitious line of reasoning. This Court rejects that invitation.

The argument that a person is entitled to change his own name ignores what occurred in this instance. There is an obvious difference between changing one's own name versus stealing someone else's. The request by the defense in opposing the instant motion is tantamount to requesting that this Court fall in line with a decades-old lie.

The Government's motion does not seek a name change, nor does it ask this Court to take

1 Defendant's name from him.  It merely asks that the caption be true.  It requests that this Court disallow
2 the perpetuation of the fraud that the jury found had occurred.
3       In sum, this Court finds that the passage of time, four decades in this case, does not transpose
4 a fraud into a truth. The Government's motion is granted.
5       The Clerk of the Court is ORDERED to change the caption of this case to read: "United States
6 of America  v.  Antonio Rodriguez Guido."
7       IT IS SO ORDERED.
8 **Dated:   December 13, 2012**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE